```
              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF OHIO
                    WESTERN DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. CR-1-02-101 |
| | : | |
| v. | : | **NOTICE OF APPEARANCE** |
| | : | |
| TROY ANDREW ALLEN | : | J. Spiegel |

- - - - - - - - - - - - - - - - - - - - - - -

William E. Hunt, First Assistant United States Attorney, Southern District of Ohio, hereby gives notice to the Court that he is entering an appearance as co-counsel for the United States in the above captioned case.

```
                          Respectfully submitted,

                          GREGORY G. LOCKHART
                          United States Attorney

                          s/William E. Hunt
                          WILLIAM E. HUNT (0024951)
                          First Assistant U.S. Attorney
                          221 East Fourth Street
                          Suite 400
                          Cincinnati, Ohio  45202
                          (513) 684-3711
                          Fax:  (513) 684-6710
                          William.Hunt@usdoj.gov
```

                          CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed with the Court's CM/ECF System this 27th day of February, 2008, which provides electronic notice to all parties.

```
                          s/William E. Hunt
                          WILLIAM E. HUNT (0024951)
                          First Assistant U.S. Attorney
```