AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| TROY A. ALLEN ) | Case No: 1:002-CR-00101 |
| ) | USM No: 03619-061 |
| Date of Previous Judgment: 03/06/2003 ) | Gordon G. Hobson, Esq. |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __130__ months **is reduced to** __120 months*__ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: 26          Amended Offense Level: 24
Criminal History Category: IV       Criminal History Category: IV
Previous Guideline Range: 70 to 87 months    Amended Guideline Range: 60 to 71 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**
*The sentence as to Count 1 is reduced to 60 months, to run consecutive to the 60 months on his conviction of violating 18 U.S.C. Section 924(c), for a total term of imprisonment of 120 months. The 60 month sentence is the statutory mandatory minimum sentence.

Except as provided above, all provisions of the judgment dated __03/06/2003__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 03/06/2008

Effective Date: 3/7/08
(if different from order date)

_____
Judge's signature

S. Arthur Spiegel, Senior U.S. District Judge
Printed name and title